**ORDERED.**



**Dated: April 18, 2011**

_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| CESAR MONTIEL, | ) | Case No. 2:11-bk-03999-EWH |
| | ) | |
| Debtor. | ) | **MEMORANDUM DECISION** |
| | ) | |

The Debtor filed a voluntary pro se Chapter 13 case on February 17, 2011. The case has not been previously converted under 11 U.S.C. §§ 706, 1112, or 1208. On March 30, 2011 (DE 22), the Debtor filed a motion (the "Motion") to dismiss his case pursuant to 11 U.S.C. § 1307. For the foregoing reasons, the Debtor's Motion is GRANTED.

Dated and signed above.

Notice to be sent through the
Bankruptcy Noticing Center "BNC"
to the following:

Cesar Montiel
533 E. Sequoia Dr.
Phoenix, AZ 85024

Edward J. Maney
P.O. Box 10424
Phoenix, AZ 85064-0434

Office of the U.S. Trustee
230 North First Ave., Suite 204
Phoenix, AZ 8500